# Court of Appeals
# of the State of Georgia

ATLANTA,  December 04, 2017

*The Court of Appeals hereby passes the following order:*

**A18A0573.  BARBARA SMITH MCBRIDE et al. v. DEMARIO D. JONES et al.**

This claim for damages originated in magistrate court.  After obtaining an unfavorable ruling, Barbara Smith McBride appealed to state court, which also ruled in favor of the defendant and entered a judgment of $275 in attorneys' fees pursuant to OCGA § 9-15-14 (a) and (b).  McBride then appealed to this Court, but we lack jurisdiction for several reasons.

First, when a state court order involves a de novo appeal from a magistrate court decision, an appellant is required to follow the discretionary appeal procedure.  See OCGA § 5-6-35 (a) (11); *Strachan v. Meritor Mtg. Corp. East*, 216 Ga. App. 82 (453 SE2d 119) (1995).  Second, OCGA § 5-6-35 (a) (10) also requires that an appeal from an award of attorney fees or expenses of litigation obtained under OCGA § 9-15-14 be made by application.  Lastly, OCGA § 5-6-35 (a) (6), requires an appeal "in all actions for damages in which the judgment is $10,000.00 or less" to be made by application.  Because McBride failed to follow the proper appellate procedure to obtain review, we lack jurisdiction over this appeal, which is ordered DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  12/04/2017*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*